Marc Sol KAPLAN, Appellant,

v.

UNITED STATES of America.

No. 15161.

United States Court of Appeals
Eighth Circuit.

Aug. 23, 1954.

Merle L. Silverstein, St. Louis, Mo., for appellant.

Harry Richards, U. S. Atty., and William K. Stanard, Asst. U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, on motion of appellee.

Sam Van D. WILLIAMS, Claimant, Appellant,

v.

KLEIN MANUFACTURING COMPANY, Debtor.

No. 15071.

United States Court of Appeals
Eighth Circuit.

Aug. 13, 1954.

George L. Stemmler, St. Louis, Mo., for appellant.

Morris J. Levin, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, with prejudice, at the cost of appellant, etc., on stipulation of parties.

William E. HOWELL, Petitioner,

v.

Herbert H. HANN, Warden, Nebraska State Penitentiary.

No. 15163.

United States Court of Appeals
Eighth Circuit.

Aug. 27, 1954.

William E. Howell, pro se.

PER CURIAM.

Motion of petitioner for certificate of probable cause and for appeal, denied.

Martin KARASEK, Appellant,

v.

UNITED STATES of America.

No. 15096.

United States Court of Appeals
Eighth Circuit.

Aug. 13, 1954.

Pearl M. Hart, Chicago, Ill., and Bertram Metcalf, Davenport, Iowa, for appellant.

Roy L. Stephenson, U. S. Atty., Robert J. Spayde, Asst. U. S. Atty., Des Moines, Iowa, and John C. Stevens, Asst. U. S. Atty., Muscatine, Iowa, for appellee.

PER CURIAM.

Appeal from District Court dismissed without taxation of costs in this Court in favor of either of the parties, on stipulation of parties.